UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1377 (RHK/JMM)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| ELIODORO ZAPATA-HERRERA, | ) | |
| | ) | |
| Respondent. | ) | |

The Court has determined that the respondent in the above matter is financially unable to employ counsel and appoints the Office of the Federal Public Defender to represent him.

Dated: June 13, 2000

United States Magistrate Judge
John M. Mason

FILED JUN 13 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD.______
DEPUTY CLERK______