UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA, CIVIL NO. 00-1377 (RHK/JMM)

Petitioner,

v. **FINAL** ORDER

ELIODORO ZAPATA-HERRERA,

Respondent.

**This matter comes before the Court upon Respondent's Motion for Continuance of Hearing. The Court is advised that Petitioner has no objections.**

**The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order: Respondent's Motion for Continuance of Hearing is granted as follows.**

This matter comes before the Court on the Government's Petition to Determine Present Mental Condition of an Imprisoned Person Under 18 U.S.C. § 4245 [Docket No. 1]. The subject of the Petition, Respondent Eliodoro Zapata-Herrera, is a federal prisoner who is serving a 30-month sentence imposed by the United States District Court, Southern District of California. The Respondent has been incarcerated at the Federal Medical Center, Rochester, Minnesota, and is currently assigned to the Mental Health Unit. The Government is represented by Assistant U.S. Attorney Joan D. Humes, Esq. The Federal Public Defender's Office has been appointed to represent the Respondent Eliodoro Zapata-Herrera.

FILED JUL 28 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Based upon all of the files, records, and proceedings herein, the Court being duly advised, it now makes and enters the following Order.

IT IS HEREBY ORDERED that:

1. A hearing shall be held pursuant to the provisions of 18 U.S.C. § 4245 to determine (1) if Respondent is presently suffering from a mental disease or defect for the treatment of which the Respondent is in need of hospitalization in a suitable psychiatric facility, and (2) whether the Court should commit Respondent to the custody of the Attorney General of the United States pursuant to 18 U.S.C. § 4245 for hospitalization and treatment until the Respondent is no longer in need of such custody for care and treatment, or until the expiration of the sentence of imprisonment, whichever occurs earlier.

2. The hearing will take place at the Federal Medical Center in Rochester, Minnesota.

3. The hearing will be held on **August 17, 2000 at 10:30 a.m.**

4. This Court will not order a further psychiatric or psychological examination of Respondent pursuant to 18 U.S.C. § 4245(b) unless either party, by written Motion, substantiates the need for such an examination.

Dated: July 28, 2000

JOHN M. MASON
United States Magistrate Judge