UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 00-1377 RHK/JMM

UNITED STATES OF AMERICA,

Petitioner,

v.

ELIODORO ZAPATA-HERRERA,

Respondent.

**ORDER**

In a Report and Recommendation (R & R), Magistrate Judge Mason recommends that Respondent be committed to the custody of the Attorney General for hospitalization and treatment pursuant to 18 U.S.C. § 4245. The parties have agreed not to file objections to the R & R.

Accordingly, IT IS ORDERED that:

1. The R & R is ADOPTED;

2. Petitioner's petition to Determine Present Mental Condition of an Imprisoned Person under 18 U.S.C. § 4245 is GRANTED;

3. Respondent is committed to the custody of the United States Attorney General, who shall then hospitalize Respondent for treatment.

DATED: 9/15/00

RICHARD H. KYLE
U.S. District Court Judge

FILED SEP 15 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD SEP 15 2000
DEPUTY CLERK